**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Southbridge Associates LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 04-3492175 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>163 Washington Street<br>Auburn, MA 01501<br>Number, Street, City, State & ZIP Code<br><br>Worcester<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>14 Mechanic Street Southbridge, MA 01550<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Southbridge Associates LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Southbridge Associates LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor **Southbridge Associates II LLC** Relationship **Affiliate**

District **Massachusetts** When **9/21/26** Case number, if known **26-41128**

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ______
  Contact name ______
  Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Southbridge Associates LLC**
Name

Case number (*If known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/6/2026
MM / DD / YYYY

X
Signature of authorized representative of debtor

**Barry Lundgren**
Printed name

Title **Authorized Person**

**18. Signature of attorney**

X
Signature of attorney for debtor

Date 10/6/26
MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone **508-543-0040** Email address **alston@mandkllp.com**

**552968 MA**
Bar number and State

## SOUTHBRIDGE ASSOCIATES, LLC

## MANAGER AND MEMBER RESOLUTION AUTHORIZING CHAPTER 11 FILING AND RELATED ACTIONS

WHEREAS, Southbridge Associates, LLC, is a Delaware limited liability company (the "**Company**");

WHEREAS, Franklin Advisors Southbridge, LLC, a Massachusetts limited liability company ("**FAS**") is the Manager of the Company;

WHEREAS, the current operating agreement of the Company is that certain Third and Amended Restated Limited Liability Company Agreement of Southbridge Associates LLC, dated of a November 1, 2022, by and among the members of the Company (consisting of FAS, Southbridge Hotel Investors LLC, and Southbridge Conference Investors) (the "**Operating Agreement**");

WHEREAS, FAS is also a member of the Company holding an Ownership Percentage (as defined in the Operating Agreement) which is greater than a 66% Ownership Percentage in the Company;

WHEREAS, pursuant to Section 4.02(e)(iv) of the Operating Agreement taking any action under applicable bankruptcy laws, insolvency and similar laws is deemed a "Major Decision" per the Operating Agreement which requires the written consent or approval of members of the Company holding at least 66% of the Ownership Percentage of the Company; and

WHEREAS, FAS in its capacity as the Manager of the Company and a member of the Company holding an Ownership Interest which is greater than 66% in the Company, hereby certifies that it has approved and authorized the following resolutions and actions:

**RESOLVED**: That FAS in its capacity as the Manager of the Company and as a member of the Company holding an Ownership Interest in the Company which is greater than 66% pursuant to the Company's Operating Agreement and this resolution, is empowered to authorize the filing of a petition seeking relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**RESOLVED**: FAS in its capacity as the Manager of the Company and as a member of the Company holding an Ownership Interest in the Company which is greater than 66% pursuant to the Company's Operating Agreement believes that it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a petition seeking relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

**RESOLVED**: The Company authorizes, empowers and directs Barry G. Lundgren and any person authorized by Barry G. Lundgren (collectively, the "**Authorized Person**") to take action, and to authorize others to take action: (i) to cause the Company to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code; (ii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's reorganization efforts (including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, postpetition financing, the assumption or rejection of executory contracts and unexpired leases, and the sale or other disposition of property other than in the ordinary course of business); (iii) to prepare and propose to creditors such plan as Barry G. Lundgren or any Authorized Person may deem feasible and in the best interest of the Company; (v) to execute and file on behalf of the Company any pleading appropriate or necessary for the Company to fulfill its obligations under the Bankruptcy Code and/or applicable non-bankruptcy law; and (vi) to execute such further documents and do such further acts as [I/we] or any Authorized Person may deem necessary or appropriate with respect to the foregoing, the execution of any document or the doing of any act by such Authorized Person in connection with such proceedings to be conclusively presumed to be authorized by this resolution.

**RESOLVED**: That the Company may engage and retain Madoff & Khoury LLP as bankruptcy counsel under general retainer to represent the Company in the Chapter 11 Case, and that the Company shall compensate such counsel for its services at its hourly rates in effect and as adjusted from time to time, and to reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients.

**RESOLVED**: That Barry G. Lundgren and each Authorized Person is hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, all agreements, instruments, petitions, schedules, motions, lists, affidavits, applications for approvals or ruling of governmental or regulatory authorities, pleadings, certificates and other papers, and to take and perform any and all further acts and deeds that in my judgment and/or the judgment of an Authorized Person shall be necessary, proper or desirable to effect a successful reorganization of the business of the Company.

In witness whereof, this Resolution has been executed on October 6, 2026.

**MANAGER AND MEMBER OF SOUTHBRDIGE ASSOCIATES LLC:**

**Franklin Advisors Southbridge, LLC**

By: YC SB, LLC (the d/b/a name of YC Southbridge, LLC, a Delaware limited liability company), its manager

By: ____________________
Name: Barry R. Lundgren
Title: Manager

# United States Bankruptcy Court
## District of Massachusetts

In re **Southbridge Associates LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 6, 2026** **/s/ Barry Lundgren**
**Barry Lundgren**/**Authorized Person**
Signer/Title

Bill N. Jacob, Esq.
805 Turnpike Street, Suite 201
North Andover, MA 01845

Charles F. Norton
396 Washington Street, Suite 319
Wellesley Hills, MA 02481

Conventures, Inc.
88 Black Falcon Avenue, Suite 202
Boston, MA 02210

Corporation Servc Co as Representative
P.O. Box 2576
Springfield, IL 62708

Fletcher Tilton PC
370 Main Street, 12th Floor
Worcester, MA 01608

Franklin Advisors Southbridge, LLC
115 Washington Street
Auburn, MA 01501

Franklin Management Services, Inc.
160 Federal Street
Boston, MA 02110

Franklin Realty Advisors
163 Washington Street
Auburn, MA 01501

Franklin Realty Advisors Inc.
163 Washington Street
Auburn, MA 01501

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Malden Place - T LLC
200 Wheeler Road
South Tower
Burlington, MA 01803

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Mediation and Civil Arbitration, Inc.
d/b/a RapidRuling
539 W. Commerce Street #2295
Dallas, TX 75208

Rion M. Vaughan, Esq.
Rubin and Rudman LLP
53 State Street, 15th Floor
Boston, MA 02109

Savers Cooperative Bank
270 Main Street
P.O. Box 250
Southbridge, MA 01550

SBC Energy LLC
163 Washington Street
Auburn, MA 01501

SBC Energy, LLC
163 Washington Street
Auburn, MA 01501

Shaner Hotel Holdings
1965 Waddle Road
State College, PA 16803

Southbridge Associates II LLC
163 Washington Street
Auburn, MA 01501

Southbridge Associates II, LLC
163 Washington Street
Auburn, MA 01501

Southbridge Tax Collectors Office
41 Elm Street #1
Southbridge, MA 01550

Spagnolo Gisness & Associates, Inc.
99 High Street, Floor 4
Boston, MA 02110

St. James Ventures, Inc.
67 Batterymarch Street
Boston, MA 02110

VState Filings as Representative
301 Mill Road, Suite U-5
Hewlett, NY 11557

Worcester Business Center, LLC
100 Front Street, 5th Floor
Fletcher Tilton PC
Worcester, MA 01608

Worcester Business Development
89 Shrewsbury Street, Suite 300
Worcester, MA 01604

X-Caliber Rural Capital
7400 North Oracle Road, Suite 150
Tucson, AZ 85704

X-Caliber Rural Capital, LLC
3 West Main Street, Suite 103
Irvington, NY 10533

# United States Bankruptcy Court
## District of Massachusetts

In re **Southbridge Associates LLC** Case No. 
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Southbridge Associates LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Franklin Advisors Southbridge, LLC**
**115 Washington Street**
**Auburn, MA 01501**

**Southbridge Conference Investors LLC**
**c/o Franklin Advisors Southbridge, LLC**
**115 Washington Street**
**Auburn, MA 01501**

☐ None [*Check if applicable*]

**October 6, 2026**
Date

**/s/ David B. Madoff**
**David B. Madoff 552968**
Signature of Attorney or Litigant
Counsel for **Southbridge Associates LLC**
**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**