**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): **26-41208**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bill N. Jacob, Esq.<br>805 Turnpike Street, Suite 201<br>North Andover, MA 01845 | bnjlaw@comcast.net<br>978-686-2479 | Business debt | | | | $7,500.00 |
| Conventures, Inc.<br>88 Black Falcon Avenue, Suite 202<br>Boston, MA 02210 | Dusty Rhodes<br>drhodes@conventures.com<br>617-204-4200 | Business debt | | | | $3,000.00 |
| Corporation Servc Co as Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | SPRFiling@cscglobal.com | All Personal Property | | Unknown | Unknown | Unknown |
| Fletcher Tilton PC<br>370 Main Street, 12th Floor<br>Worcester, MA 01608 | mdonahue@fletchertilton.com<br>508-459-8029 | Business debt | | | | $632.50 |
| Mediation and Civil Arbitration, Inc. d/b/a RapidRuling<br>539 W. Commerce Street #2295<br>Dallas, TX 75208 | info@rapidruling.com<br>212-321-5144 | Business debt | | | | $6,071.00 |
| Savers Cooperative Bank<br>270 Main Street<br>P.O. Box 250<br>Southbridge, MA 01550 | cwszolek@saversbank.com<br>508-765-7385 | 14 Mechanic Street, Southbridge, MA (2 parcels of land); all other assets | | Unknown | Unknown | Unknown |
| Shaner Hotel Holdings<br>1965 Waddle Road<br>State College, PA 16803 | Derrick Skillings<br>dskillings@shanercorp.com<br>814-234-4460 | Business debt | | | | $185,636.93 |

Debtor **Southbridge Associates LLC**
Name

Case number *(if known)* **26-41208**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Southbridge Tax Collectors Office<br>41 Elm Street #1<br>Southbridge, MA 01550 | (f) 508-764-5407<br>(p) 508-764-5401 | 14 Mechanic Street, Southbridge, MA (2 parcels of land) | | Unknown | Unknown | Unknown |
| Spagnolo Gisness & Associates, Inc.<br>99 High Street, Floor 4<br>Boston, MA 02110 | Alfred Spagnolo<br><br>aspagnolo@sga-arch.com | Business debt | | | | $195.00 |
| VState Filings as Representative<br>301 Mill Road, Suite U-5<br>Hewlett, NY 11557 | UCC@VSTATEFILINGS.COM | Receivables | | Unknown | Unknown | Unknown |
| VState Filings as Representative<br>301 Mill Road, Suite U-5<br>Hewlett, NY 11557 | UCC@VSTATEFILINGS.COM | Receivables | | Unknown | Unknown | Unknown |
| Worcester Business Development<br>89 Shrewsbury Street, Suite 300<br>Worcester, MA 01604 | Craig Blais<br><br>blais@worcesterbdc.com<br>508-400-6545 | Business debt | | | | $3,000.00 |
| X-Caliber Rural Capital, LLC<br>3 West Main Street, Suite 103<br>Irvington, NY 10533 | Jeff Deines<br><br>jdeines@x-calibercap.com; rvaughan@rubinrudman.com<br>720-447-4026 | 14 Mechanic Street, Southbridge, MA (2 parcels of land); all other assets | | $13,000,000.00 | Unknown | Unknown |

**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-41208**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 8, 2026**

X **/s/ Barry Lundgren**
Signature of individual signing on behalf of debtor

**Barry Lundgren**
Printed name

**Authorized Person**
Position or relationship to debtor