**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-41208**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........ $ **4,700,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........ $ **1,919,860.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........ $ **6,619,860.00**

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........ $ **14,475,936.12**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ +$ **1,772,261.37**

4. **Total liabilities** ........
   Lines 2 + 3a + 3b
   $ **16,248,197.49**

**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-41208**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$5,500.00** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Eastern Bank** | **Checking** | **8805** | **$0.00** |
| 3.2. | **Cornerstone Bank (of this amount, approximately $388,813.54 constituted customer deposits for hotel reservations)** | **Checking** | **0918** | **$1,109,360.00** |
| 3.3. | **Cornerstone Bank** | **Managers account** | | **$6,000.00** |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$1,120,860.00** |

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

Debtor **Southbridge Associates LLC** Case number *(If known)* **26-41208**
Name

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Customer deposits - see question 3.1 above.** | **$0.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid insurance and service expenses** | **$87,000.00** |

9. **Total of Part 2.** **$87,000.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **152,000.00** | - | **0.00** | = .... | **$152,000.00** |

12. **Total of Part 3.** **$152,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Food and Beverage Inventory** | | **$0.00** | | **$60,000.00** |

Debtor **Southbridge Associates LLC** Case number *(If known)* **26-41208**
Name

23. **Total of Part 5.** **$60,000.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Furniture, Fixtures and Equipment (orderly liquidation value)** | **$0.00** | **Appraisal** | **$500,000.00** |

51. **Total of Part 8.** **$500,000.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Debtor **Southbridge Associates LLC** Case number *(If known)* **26-41208**
Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **14 Mechanic Street, Southbridge, MA (2 parcels of land) improved with a 203-room full service hotel and approximately 72,000 square feet of rentable office space (orderly liquidation value)** | **Fee Simple** | **Unknown** | **Appraisal** | **$4,700,000.00** |

56. **Total of Part 9.** **$4,700,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Southbridge Associates LLC** Case number *(If known)* **26-41208**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,120,860.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $87,000.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $152,000.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $60,000.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500,000.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | | $4,700,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,919,860.00 | + 91b. | $4,700,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $6,619,860.00 |

**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-41208**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Corporation Servc Co as Representative**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**All Personal Property**

Column A: **Unknown** Column B: **Unknown**

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**SPRFiling@cscglobal.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/19/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Southbridge Tax Collectors Office**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**14 Mechanic Street, Southbridge, MA (2 parcels of land) improved with a 203-room full service hotel and approximately 72,000 square feet of rentable office space (orderly liquidation value)**

Column A: **Unknown** Column B: **$4,700,000.00**

**41 Elm Street #1**
**Southbridge, MA 01550**
Creditor's mailing address

**Describe the lien**
**Real Estate Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**(f) 508-764-5407**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Southbridge Tax Collectors Office**
**2. Town of Southbridge**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Town of Southbridge**
Creditor's Name

**41 Elm Street**
**Southbridge, MA 01550**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**14 Mechanic Street, Southbridge, MA (2 parcels of land) improved with a 203-room full service hotel and approximately 72,000 square feet of rentable office space (orderly liquidation value)**

**Unknown** **$4,700,000.00**

**Describe the lien**
**Municipal Liens**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **VState Filings as Representative**
Creditor's Name

**301 Mill Road, Suite U-5**
**Hewlett, NY 11557**
Creditor's mailing address

**UCC@VSTATEFILINGS.COM**
Creditor's email address, if known

**Date debt was incurred**
**5/3/2024**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Receivables**

**Unknown** **Unknown**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **VState Filings as Representative**

**Describe debtor's property that is subject to a lien**

**Unknown** **Unknown**

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

Creditor's Name

**301 Mill Road, Suite U-5**
**Hewlett, NY 11557**
Creditor's mailing address

**UCC@VSTATEFILINGS.COM**
Creditor's email address, if known

**Date debt was incurred**
**11/13/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Receivables**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **X-Caliber Rural Capital, LLC**
Creditor's Name
**3 West Main Street, Suite 103**
**Irvington, NY 10533**
Creditor's mailing address

**jdeines@x-calibercap.com; rvaughan@rubinrudman.com**
Creditor's email address, if known

**Date debt was incurred**
**11/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**14 Mechanic Street, Southbridge, MA (2 parcels of land); all other assets**

**$14,475,936.12** **Unknown**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$14,475,936.12**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Rion M. Vaughan, Esq.**<br>**Rubin and Rudman LLP**<br>**53 State Street, 15th Floor**<br>**Boston, MA 02109** | Line **2.6** | |

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

**X-Caliber Rural Capital**
**7400 North Oracle Road, Suite 150**
**Tucson, AZ 85704**

Line **2.6**

**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-41208**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Commonwealth of Massachusetts Deptartment of Unemployment Assistance Legal Dept. 1st Fl, Attn Chief Counsel 19 Staniford Street Boston, MA 02114** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| 2.2 | **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **Notice Purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | Unknown |
|---|---|---|---|---|
| | **Massachusetts Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 9564**<br>**Boston, MA 02114** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **AMADEUS HOSPITALITY INC**<br>**29618 Network Place**<br>**Chicago, IL 60673-1296**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,397.30** |
| 3.2 | **AP fbo Masis Staffing Solutions**<br>**PO Box 823473**<br>**Philadelphia, PA 19182**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,929.75** |
| 3.3 | **Bill N. Jacob, Esq.**<br>**805 Turnpike Street, Suite 201**<br>**North Andover, MA 01845**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,500.00** |
| 3.4 | **Braman Chemical Enterprise Inc.**<br>**P.O. BOX 368**<br>**Agawam, MA 01001-0368**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$320.88** |
| 3.5 | **Brierly Lombard & Company Inc**<br>**1017 Southbridge St.**<br>**Worcester, MA 01610**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,971.50** |

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.6 | **Bulbs.Com**<br>**243 STAFFORD ST**<br>**Worcester, MA 01603**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$176.05** |
| 3.7 | **Capital One Trade Credit**<br>**PO BOX 105525**<br>**Atlanta, GA 30348**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$50.74** |
| 3.8 | **CHARTER COMMUNICATIONS**<br>**BOX 223085**<br>**Pittsburgh, PA 15251**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,670.83** |
| 3.9 | **Coca-Cola Beverages Northeast Inc**<br>**PO Box 419784**<br>**Boston, MA 02241-0001**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$451.57** |
| 3.10 | **Compass Facility Services**<br>**65 Jackman Street**<br>**Georgetown, MA 01833**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,594.67** |
| 3.11 | **Comprehensive Merchant Capital**<br>**c/o Ashleigh Bell, Esq**<br>**Gardner & Rosenberg, PC**<br>**27 School Street, Suite 502**<br>**Boston, MA 02109**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Judgment<br>Is the claim subject to offset? ■ No ☐ Yes | **$222,768.00** |
| 3.12 | **Conventures, Inc.**<br>**88 Black Falcon Avenue, Suite 202**<br>**Boston, MA 02210**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

3.13 **Nonpriority creditor's name and mailing address**
**COURTESY PRODUCTS, LLC**
**PO BOX 840020**
**Kansas City, MO 64184-0020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,222.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Dairyland Produce LLC**
**PO Box 22264**
**New York, NY 10087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,764.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Duva Distributors**
**983 MIllbury Street**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$874.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**EXPEDIA, INC.**
**PO Box 847677**
**Dallas, TX 75284-7677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,679.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**FARMERS BROTHERS CO**
**29A Esquire Road**
**North Billerica, MA 01862**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Fletcher Tilton PC**
**370 Main Street, 12th Floor**
**Worcester, MA 01608**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$632.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Franklin Realty Advisors**
**163 Washington Street**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

3.20 **Nonpriority creditor's name and mailing address**
**Funk Landscape & Design LLC**
**148 Berry Corner Rd**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,445.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**GRAINGER**
**DEPT. C-PAY**
**Palatine, IL 60038-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,640.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Guest Supply LLC, a Sysco Company**
**PO BOX 910**
**Monmouth Junction, NJ 08852-0910**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,223.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**HD SUPPLY FACILITIES MAINTENANCE, LTD**
**PO BOX 509058**
**San Diego, CA 92150-9058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,028.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Impact Fire Services LLC**
**PO BOX 735062**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,583.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Jefferson Cleaners**
**619 MAIN STREET**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$137.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Karen Dyer**
**12 Cardinal Drive**
**Dudley, MA 01571**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.27 | **Linde Gas & Equipment Inc**<br>**DEPT CH 10660**<br>**Palatine, IL 60055**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,060.57** |
| 3.28 | **Mediation and Civil Arbitration, Inc.**<br>**d/b/a RapidRuling**<br>**539 W. Commerce Street #2295**<br>**Dallas, TX 75208**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,071.00** |
| 3.29 | **MOOD MEDIA**<br>**PO Box 71070**<br>**Charlotte, NC 28272-1070**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$66.01** |
| 3.30 | **National Grid**<br>**P.O. Box 371338**<br>**Pittsburgh, PA 15250**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,909.91** |
| 3.31 | **Newgrace Corp. Dba Ecoroq Sne**<br>**53 LIITTLE POND COUNTY RD.**<br>**Cumberland, RI 02864**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$169.00** |
| 3.32 | **O'Rourke Hospitality Marketing, LLC**<br>**Department 1070**<br>**P.O. Box 986500**<br>**Boston, MA 02298**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,450.00** |
| 3.33 | **ODP BUSINESS SOLUTIONS, LLC**<br>**PO BOX 633204**<br>**Cincinnati, OH 45263**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$186.36** |

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

3.34 **Nonpriority creditor's name and mailing address**
**PEPSI-COLA COMPANY**
**75 REMITTANCE DRIVE**
**SUITE 1884**
**Chicago, IL 60675-1884**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,095.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Performance Foodservice**
**Po Box 3024**
**Springfield, MA 01104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,734.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**PLASTICARD-LOCKTECH INTERNATIONAL**
**P.O. BOX 733064**
**Dallas, TX 75373-2823**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$415.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Powell Hospitality**
**3793 BECON RODGE WAY**
**Clermont, FL 34711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,822.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Republic Services**
**PO BOX 9001099**
**Louisville, KY 40290**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,262.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**RESERVATIONS GROUP**
**PO BOX 645452**
**Pittsburgh, PA 15264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,414.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**RICOH USA, INC**
**PO BOX 827577**
**Philadelphia, PA 19182-7577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$601.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

**3.41** **Nonpriority creditor's name and mailing address**
**SBC Energy, LLC**
**c/o Chappy Property Management**
**115 Washington Street**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,332,413.23**
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**
**Shaner Hotel Holdings**
**1965 Waddle Road**
**State College, PA 16803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,740.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
**Southbridge Associates II, LLC**
**163 Washington Street**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,145.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
**Southbridge Tire Company Inc**
**136 CENTRAL STREET**
**Southbridge, MA 01550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,985.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
**SOUTHERN GLAZER'S BEVERAGE CO**
**BEVERAGE COMPANY**
**PO BOX 1165**
**Norton, MA 02766**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,451.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
**Spagnolo Gisness & Associates, Inc.**
**99 High Street, Floor 4**
**Boston, MA 02110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$195.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business debt
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**Taylor Rental**
**14 Shawmut Ave**
**Holyoke, MA 01040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$900.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

3.48 **Nonpriority creditor's name and mailing address**
**THE SHERWIN-WILLIAMS COMPANY**
**57 Main St.**
**Sturbridge, MA 01566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$86.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.49 **Nonpriority creditor's name and mailing address**
**THE WASSERSTROM COMPANY**
**PO BOX 182056**
**Columbus, OH 43218-2056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,045.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.50 **Nonpriority creditor's name and mailing address**
**Three & Six LTD**
**Fraser House**
**South Road**
**Lancaster, LA1 4XQ**
**United Kingdom**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.51 **Nonpriority creditor's name and mailing address**
**Universal Tag**
**36 HALL STREET**
**P.O. BOX 1518**
**Dudley, MA 01571-1518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$642.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.52 **Nonpriority creditor's name and mailing address**
**US FOODS, INC.**
**PO Box 3155**
**Boston, MA 02241-3155**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,266.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.53 **Nonpriority creditor's name and mailing address**
**VISTAR CORPORATION**
**P.O. BOX 784866**
**Philadelphia, PA 19178-4866**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$799.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.54 **Nonpriority creditor's name and mailing address**
**Wilde Companies**
**55 High Street**
**Jefferson, MA 01522**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$235.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business Debt**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Southbridge Associates LLC** Case number (if known) **26-41208**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.55 | **Worcester Business Development**<br>**89 Shrewsbury Street, Suite 300**<br>**Worcester, MA 01604**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| 3.56 | **YANKEE EQUIPMENT SYSTEMS LLC**<br>**PO BOX 630**<br>**Barrington, NH 03825**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$133.74** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,772,261.37** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,772,261.37** |

**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-41208**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease, 14 Mechanic Street, 3rd Floor, Southbridge MA** | |
| | State the term remaining | **Through 2032** | **City of Worcester<br>City Hall<br>455 Main Street, Room 203<br>Worcester, MA 01608** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease - 14 Mechanic Street, 3rd Floor** | |
| | State the term remaining | **5/27/2034** | **Commonwealth of Massachusetts<br>Division of Capital Asset Mgmt and Maint<br>One Ashburton Place, 15th Floor<br>Boston, MA 02108** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **License to Occupy - 14 Mechanic Street, Southbridge, partial second floor of southside of building** | |
| | State the term remaining | **Through June 30, 2027** | **Commonwealth of Massachusetts<br>Massachusetts Trial Court<br>Office of Court Management<br>2 Center Plaza, Suite 540<br>Boston, MA 02108** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Offices and reception area within Unit 300, 3rd Floor, Southbridge Hotel and Conference Center** | |
| | State the term remaining | **Through July 31, 2027** | **Gary L. Bridgman, Attorney at Law<br>PO Box 914<br>Sturbridge, MA 01566** |
| | List the contract number of any government contract | | |

Debtor 1 **Southbridge Associates LLC** Case number (*if known*) **26-41208**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Power Purchase Agreement** | **SBC Energy, LLC**<br>**163 Washington Street**<br>**Auburn, MA 01501** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hotel Management Agreement through November 2027** | **Shaner Hotel Holdings, LP**<br>**1965 Waddle Road**<br>**State College, PA 16803** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tri-party agreement between the Debtor, Shaner Hotel Holdings LP and X-Caliber dated November 17, 2022** | **X-Caliber Rural Capital, LLC and**<br>**Shaner Hotel Holdings LP**<br>**Irvington, NY 10533** |

**Fill in this information to identify the case:**

Debtor name **Southbridge Associates LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-41208**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Charles F. Norton** | **396 Washington Street, Suite 319**<br>**Wellesley Hills, MA 02481** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Franklin Advisors Southbridge, LLC** | **c/o Chappy Property Management**<br>**115 Washington Street**<br>**Auburn, MA 01501** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.3 | **Franklin Management Services, Inc.** | **c/o Chappy Property Management**<br>**115 Washington Street**<br>**Auburn, MA 01501** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.4 | **Franklin Realty Advisors Inc.** | **163 Washington Street**<br>**Auburn, MA 01501** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |

Debtor **Southbridge Associates LLC** Case number *(if known)* **26-41208**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Malden Place - T LLC** | **200 Wheeler Road<br>South Tower<br>Burlington, MA 01803** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.6 | **SBC Energy LLC** | **c/o Chappy Property Management<br>115 Washington Street<br>Auburn, MA 01501** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.7 | **Southbridge Associates II LLC** | **c/o Chappy Property Management<br>115 Washington Street<br>Auburn, MA 01501** | **VState Filings as Representative** | ☐ D<br>☐ E/F<br>☐ G |
| 2.8 | **St. James Ventures, Inc.** | **67 Batterymarch Street<br>Boston, MA 02110** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.9 | **Worcester Business Center, LLC** | **100 Front Street, 5th Floor<br>Fletcher Tilton PC<br>Worcester, MA 01608** | **Corporation Servc Co as Representative** | ■ D **2.1**<br>☐ E/F<br>☐ G |