UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Southbridge Associates LLC<br><br>Debtor(s). | Ch. 11<br><br>26-41208-EDK |

## Proceeding Memorandum and Order

**MATTER:**

# 17 Emergency Verified Motion filed by Debtor Southbridge Associates LLC for Order Authorizing Use of Cash and Non-Cash Collateral and for Adequate Protection

**Decision set forth more fully as follows:**

THE DEBTOR'S USE OF CASH COLLATERAL IS AUTHORIZED ON AN INTERIM BASIS UNDER THE SAME TERMS AND CONDITIONS THROUGH NOVEMBER 19, 2026. A HEARING ON THE DEBTOR'S FURTHER USE OF CASH COLLATERAL IS SET FOR NOVEMBER 19, 2026, AT 10:00 A.M. IN THE HAROLD D. DONOHUE FEDERAL BUILDING, 595 MAIN STREET, COURTROOM 3, WORCESTER, MA AND BY ZOOM.GOV VIDEO CONFERENCE. PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING, SHOULD EMAIL THE COURTROOM DEPUTY AT sophia_howard@mab.uscourts.gov REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN INTEREST. ALL OTHER PARTIES WHO WISH TO ATTEND THE HEARING MUST ATTEND IN PERSON.

THE DEBTOR IS ORDERED TO FILE, ON OR BEFORE NOVEMBER 17, 2026, A RECONCILED BUDGET SHOWING PROJECTED TO ACTUAL INCOME AND EXPENSES FOR THE PERIOD ENDING NOVEMBER 13, 2026, AS WELL AS BEGINNING AND ENDING BANK BALANCES THROUGH NOVEMBER 13, 2026, AND A PROJECTED BUDGET FOR NOVEMBER AND DECEMBER, 2026, AND

JANUARY, 2027. DEBTOR'S COUNSEL IS DIRECTED TO SUBMIT TO edk@mab.uscourts.gov A PROPOSED ORDER ON OR BEFORE NOVEMBER 5, 2026, IN WORD FORMAT, CONSISTENT WITH THE REMARKS MADE DURING THE HEARING HELD THIS DATE.

Dated: 10/29/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge