UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>Southbridge Associates LLC<br><br>Debtor(s). | Ch. 11<br><br>26-41208-EDK |

## Proceeding Memorandum and Order

### MATTER:

# 39 Expedited Motion filed by Creditor X-Caliber Rural Capital, LLC for Relief from Stay Re: Hotel Property or in the alternative to Dismiss Case

### Decision set forth more fully as follows:

THIS HEARING IS CONTINUED TO NOVEMBER 19, 2026, AT 10:00 AM AT THE HAROLD D. DONOHUE FEDERAL BUILDING, 595 MAIN STREET, COURTROOM 3, WORCESTER, MASSACHUSETTS AND BY ZOOM.GOV VIDEO CONFERENCE.PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING, SHOULD EMAIL THE COURTROOM DEPUTY AT SOPHIA_HOWARD@MAB.USCOURTS.GOV REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN INTEREST. ALL OTHER PARTIES WHO WISH TO ATTEND THE HEARING MUST ATTEND IN PERSON.

THE DEADLINE FOR THE DEBTOR TO FILE AND SERVE A MOTION TO SELL AND A **COMPLETED** NOTICE OF SALE THAT CONFORMS TO OFFICIAL LOCAL FORM 2A, CONSISTENT WITH THE REMARKS MADE IN OPEN COURT AT THE HEARING HELD THIS

DATE, IS NOVEMBER 2, 2026 BY 5:00 P.M.

Dated: 10/29/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge