UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Southbridge Associates LLC | Ch. 11 |
| | Debtor(s). | 26-41208-EDK |

## Proceeding Memorandum and Order

**MATTER:**

# 62 Motion filed by Other Professional YC Southbridge LLC to Strike [40] Declaration of Jeff Deines in Support of [39] X-Calibur Rural Capital LLC Motion for Relief and to Dismiss

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO NOVEMBER 19, 2026, AT 10:00 AM AT THE HAROLD D. DONOHUE FEDERAL BUILDING, 595 MAIN STREET, COURTROOM 3, WORCESTER, MASSACHUSETTS AND BY ZOOM.GOV VIDEO CONFERENCE.PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, **BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING,** SHOULD EMAIL THE COURTROOM DEPUTY AT SOPHIA_HOWARD@MAB.USCOURTS.GOV REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPAI IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN I NTEREST. ALL OTHER PARTIES WHO WISH TO ATTEND THE HEARING MUST ATTEND IN PERSON.

Dated: 10/29/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge