UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>SOUTHBRIDGE ASSOCIATES, LLC<br><br>Debtor | Chapter 11<br>Case No. 26-41208-EDK |

**NOTICE OF INTENDED PRIVATE SALE OF PROPERTY, SOLICITATION OF COUNTEROFFERS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE**
**[14 Mechanic Street, Southbridge, MA]**

**November 19, 2026 at 10:00 a.m.** IS THE PROPOSED DATE OF SALE

**November 18, 2026 at 12:00 p.m.** IS THE DATE BY WHICH OBJECTIONS OR COUNTEROFFERS MUST BE MADE

**NOTICE** is hereby given, pursuant to 11 U.S.C. Section 363(b)(1), Fed. R. Bankr. P. 2002(a)(2) and 6004, and M.L.B.R. 2002-5 and 6004-1, that Southbridge Associates, LLC (the "Debtor") intends to sell, at private sale, free and clear of all liens and other monetary interests, to Lundgren Equity Partners, LLC or its nominee (the "Buyer") all the right, title and interest of the Debtor comprised of the tracts of land known as 14 Mechanic Street, Southbridge, Massachusetts, together with all buildings, structures and improvements located thereon more fully described as the real property located and commonly known as 14 Mechanic Street, Southbridge, Southbridge, Massachusetts, including, without limitation, all buildings, including the hotel (being the "Wellsworth Hotel") and office building, improvements, personal property of every sort, contractual rights (concerning which the Buyer may compel the Seller to reject or to assume and then to assign to the Buyer), and permanent fixtures situated on and under the Land, if any, and any and all of the interest of Seller, if any, in any rights, profits, privileges and easements appurtenant to the Land and/or the Improvements, including, without limitation, all

development rights, parking rights, rights of way, air rights, water, water rights, and water stock, trademarks, service marks, trade names and other intellectual property, and any easements, rights of way or other appurtenances used in connection with the beneficial use and enjoyment of the Land (collectively, the "Appurtenances") (collectively referred to as the "Property") for a purchase price of $5,000,000. .

**THE OFFER:** The Debtor has received an offer from the Buyer to purchase the Purchased Assets for the sum of $5,000,000 (the "Sale Price") of which:

| | | |
|---|---|---|
| $ | **100,000** | shall be paid by Nov. 4, 2026 and, |
| $ | 4,900,000 | is to be paid at the time of delivery of the deed in cash, or by certified, cashier's, treasurer's, w or bank check |
| $ | 5,000,000 | TOTAL |

**THE PROPOSED BUYER:** The proposed Buyer is Lundgren Equity Partners, LLC or its nominee. The Buyer is not a disinterested persons as defined in Section 101(14) of the Bankruptcy Code. The Buyer is affiliated with the Debtor. Ownership and control of the Debtor is comprised of a group of entities ultimately controlled by Barry R. Lundgren. The Debtor has three members: (1) Franklin Advisors Southbridge, LLC, a Massachusetts limited liability company ("FAS"), which holds owns 75 percent interest and is the Manager of the Debtor; (2) Southbridge Hotel Investors, LLC, which holds a 6.25 percent interest; and (3) Southbridge Conference Investors, LLC, which owns an 18.75 percent interest.

**THE SALE DATE:** The sale shall take place on the later of November 20, 2026, or a mutually agreeable time after the entry of a Bankruptcy Court Order approving the sale. The terms of the proposed sale are more particularly described in the Debtor's Motion for Authority to Sell Assets Free and Clear by Private Sale and Bidding Procedures (the "Sale Motion") filed with the Court on November 2, 2026, and a written Purchase and Sale Agreement dated

November 2, 2026 (the "Sale Agreement"), which are available upon request from the undersigned.

**SALE FREE AND CLEAR OF LIENS:** The Property will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable and valid liens shall attach to the proceeds of the sale, to the same extent and order of priority as such liens, claims and encumbrances attached to the Property.

**COUNTEROFFERS OR OBJECTIONS:** Any objections to the sale and/or any higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at the Federal Building and Courthouse, 595 Main Streett Worcester, Massachusetts 01608, on or before **November 18, 2026 at 12:00 p.m.** (the "Objection Deadline"). A copy of any objection or higher offer also shall be served at the same time on the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must exceed the Sale Price by at least five percent (5%) (i.e., such higher offer must be in an amount not less than $5,250,000) and must be accompanied by a cash deposit of $ 100,000 in the form of a certified or bank check made payable to the order of "Madoff & Khoury, LLP IOLTA" (the "Bid Deposit"). In order for any higher offer to be considered, the higher offer must comply with the Bid Procedures and be filed with the Court and served upon the undersigned by the Objection Deadline. The Bid Deposit must be submitted to the undersigned by the same date. Any unsuccessful bidder will receive the return of its deposit. Higher offers must be on the same terms and conditions provided in the Asset Purchase Sale Agreement, other than the purchase price.

**HEARING:** A hearing on the Sale Motion, objections or higher offers is scheduled to take place on **November 19, 2026 at 10:00 a.m.** before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, at Courtroom 3, Federal Building and Courthouse, 595 Main Street, Worcester, Massachusetts. Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Sale Motion or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale, the Court may: (i) consider any requests to strike any higher offer; (ii) determine further terms and conditions of the sale: (iii) determine the requirements for further competitive bidding; and (iv) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offer.

**DEPOSIT:** The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the purchaser approved by the Court, the Court, without further hearing, may approve the sale of the Debtor's Stock to the next higher bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

Respectfully submitted this 2nd day of November, 2026.

SOUTHBRIDGE ASSOCIATES, LLC

By its attorneys,

/s/ Nina M. Parker

Nina M. Parker (BBO#389990)
David B. Madoff (BBO#552968)
Steffani M. Pelton (BBO#666470)
MADOFF & KHOURY LLP
124 Washington Street, Suite 202
Foxborough, MA 02035
(508) 543-0040
parker@mandkllp.com