UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>SOUTHBRIDGE ASSOCIATES, LLC<br><br>Debtor | Chapter 11<br>Case No. 26-41208-EDK |

**NOTICE OF SUPPLEMENTAL DOCUMENTS REGARDING**
**DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

Debtor Southbridge Associates, LLC (the "Debtor"), pursuant to an Order of this Court dated October 30, 2026, hereby supplements its October 8, 2026, motion for authority, pursuant to Sections 361 and 363(c)(2) of the Bankruptcy Code, and MLBR 4001-2, to use the cash collateral of the Secured Creditors (the "Cash Collateral Motion") as follows:

1. Attached hereto as Exhibit A is a reconciliation of the Debtor's actual receipts and disbursements compared to its cash collateral budget for the period ending November 13, 2026; and;

2. Attached hereto as Exhibit B is a projected cash collateral budget for the months of November and December 2026 and January 2027. This projected cash collateral budget assumes that the pending sale of the Debtor's property *will not* occur. However, the Debtor anticipates that the sale of the property will occur, in which case, the attached budget will be rendered moot.

Respectfully submitted this 17th day of November 2026.

SOUTHBRIDGE ASSOCIATES, LLC

By its attorneys,

*/s/ David B. Madoff*
David B. Madoff (BBO#552968)

Steffani M. Pelton (BBO#666470)
MADOFF & KHOURY LLP
124 Washington Street
Foxboro, MA 02035
(508) 543-0040
madoff@mandkllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2026, he caused copies of foregoing to be served by ECF or email on the parties listed on the service list below.

## SERVICE LIST

James G. Atchison on behalf of Creditor Southbridge Associates II LLC
atchison@casneredwards.com, luo@casneredwards.com

Eric K. Bradford on behalf of Assistant U.S. Trustee Richard King
Eric.K.Bradford@USDOJ.gov

Alan L. Braunstein on behalf of Other Professional YC Southbridge LLC
abraunstein@riemerlaw.com, ahall@riemerlaw.com;ndailey@riemerlaw.com

Mark Foss on behalf of Creditor Managed Realty Investments, LLC
mfoss@ftwlaw.com, ftwbankruptcy@ftwlaw.com

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

John T. Morrier on behalf of Creditor Southbridge Associates II LLC
morrier@casneredwards.com, luo@casneredwards.com

Leah Anne O'Farrell on behalf of Interested Party Shaner Hotel Holdings Limited Partnership
lofarrell@btlaw.com

Tani E. Sapirstein on behalf of Creditor Savers Co-Operative Bank
tani@sandslaw.com

Paige Barr Tinkham on behalf of Creditor X-Caliber Rural Capital, LLC
paige.tinkham@blankrome.com,
docketing@blankrome.com;courtmail@blankrome.com;joseph.robinson@blankrome.com;gayle.faulkner@blankrome.com;matt.kaslow@blankrome.com

Rion Vaughan on behalf of Creditor X-Caliber Rural Capital, LLC
rvaughan@rubinrudman.com

Dated this 17th day of November 2026.

*/s/ David B. Madoff*
David B. Madoff (BBO#552968)
Steffani M. Pelton (BBO#666470)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts 02035
(508) 543-0040
madoff@mandkllp.com