UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>SOUTHBRIDGE ASSOCIATES, LLC<br><br>Debtor | Chapter 11<br>Case No. 26-41208-EDK |

**X-CALIBER RURAL CAPITAL, LLC'S RESERVATION OF RIGHT WITH RESPECT TO DEBTOR'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR BY PRIVATE SALE AND BIDDING PROCEDURES**

X-Caliber Rural Capital, LLC ("X-Caliber"), senior secured lender to debtor Southbridge Associates, LLC ("Debtor"), files this reservation of rights with respect to *Debtor's Motion for Authority to Sell Property of the Estate Free and Clear by Private Sale and Bidding Procedures* [Docket No. 83] (the "Sale Motion") and the proposed form of order attached to the Sale Motion as Exhibit E (the "Debtor's Proposed Sale Order"), and respectfully states as follows:

1. X-Caliber and Debtor are continuing to discuss the sale and the Debtor's Proposed Sale Order. X-Caliber files this reservation of rights in the event the parties are unable to come to an agreement on the form of order prior to the sale hearing on November 19, 2026. Debtor announced the terms of its agreement with X-Caliber for the sale at the hearing held before the Court on October 29, 2026. The terms are not fully incorporated in the Debtor's Proposed Sale Order.

2. X-Caliber is Debtor's senior secured lender and holds senior liens on, and security interests in, Debtor's assets, including the real property located at 14 Mechanic Street, Southbridge, Massachusetts, and other property that Debtor seeks to sell through the Sale Motion (the "Sale").

3. Debtor seeks to sell such property free and clear of all liens pursuant to section 363(f) of the Bankruptcy Code. Under section 363(f)(2) of the Bankruptcy Code, no sale may be made free and clear of X-Caliber's senior liens without X-Caliber's consent. 11 U.S.C. § 363(f)(2). No other condition under section 363(f) would permit a sale free and clear of X-Caliber's interests.

4. The Proposed Sale Order was filed by Debtor without X-Caliber's prior review and is missing several terms from Debtor's announced agreement. In order to protect its rights, X-Caliber files this reservation of rights.

WHEREFORE, X-Caliber respectfully requests that this Court decline to approve the sale on the terms reflected in the Proposed Sale Order without incorporation of the full set of terms and grant such other and further relief as is equitable and appropriate under the circumstances.

*[Remainder of page intentionally left blank.]*

Dated: November 18, 2026

Respectfully submitted,

**RUBIN AND RUDMAN LLP**

*/s/ Rion M. Vaughan*
Rion M. Vaughan (BBO #689153)
53 State Street, 15th Floor
Boston, MA 02109
(617) 330-7143
RVaughan@rubinrudman.com

**BLANK ROME LLP**
Paige B. Tinkham (admitted *pro hac vice*)
444 West Lake Street
Suite 1650
Chicago, IL 60606
(312) 776-2600
Paige.Tinkham@blankrome.com

Matthew E. Kaslow (admitted *pro hac vice*)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
(215) 569-5500
Matt.Kaslow@blankrome.com

*Attorneys for X-Caliber Rural Capital, LLC*

**CERTIFICATE OF SERVICE**

It is hereby certified that on November 18, 2026, a true and correct copy of the foregoing *Reservation of Rights* was served through the CM/ECF System on all persons registered to receive notice thereunder.

*/s/ Rion M. Vaughan*
Rion M. Vaughan